IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI–DADE COUNTY, FLORIDA

LOLA BRYANT,

        Plaintiff,

vs.                                                 CASE NO.

WALMART, INC, a Foreign for
Profit Corporation,

        Defendant.
_____/

## COMPLAINT

The Plaintiff, LOLA BRYANT, by and through the undersigned counsel and sues the Defendant, WALMART, INC, and alleges as follows:

1. This is an action for damages that exceed the minimum jurisdictional amount of this Court.

2. At all times material hereto, Plaintiff, LOLA BRYANT, was an individual residing in Miami-Dade County, Florida.

3. At all times material hereto, Defendant, WALMART, INC, was and is a Foreign for Profit corporation authorized and licensed to do business and, in fact, doing business in Miami-Dade County, Florida, and throughout the State of Florida.

4. On or about September 27, 2020, Defendant, WALMART, INC, leased, rented, possessed, controlled, owned, and/or operated, a building and/or property located at 33501 S. Dixie Highway, Florida City, 33034, that that was used as a "Grocery Store" and did supervise and maintain said property through its agents and servants.

7. On the above date and time, the Plaintiff, LOLA BRYANT, was an express or implied invitee of Defendant, WALMART, INC.

8. On the above date and time, the Plaintiff, LOLA BRYANT, slipped and fell in a puddle of water/liquid on the floor in the dairy aisle inside the subject WAL-MART store.

9. The above water/liquid substance on the floor was a dangerous condition created by the Defendant, and/or known to Defendant, and/or had existed for a sufficient length of time so that Defendant knew or should have known of it, and/or the condition occurred with such regularity that it was foreseeable, thus Defendant had a duty to protect the Plaintiff from the existing danger.

10. At all times material hereto, Defendant, while operating and/or maintaining the subject premises, created a foreseeable zone of risk of harm by failing to operate and/or maintain the premises in a careful and prudent manner.

11. At all times material hereto, the Plaintiff, LOLA BRYANT, fell within the foreseeable zone of risk of harm created by Defendant.

12. As a direct, proximate and foreseeable result of the fall and the negligence of the Defendant, Plaintiff sustained serious injury

## COUNT I - NEGLIGENCE OF WALMART, INC

Plaintiff re-adopts and re-alleges each and every allegation contained in paragraphs **1** through 12 as if they were fully set forth herein.

13. The Defendant, WALMART, INC, and its employees owed to the Plaintiff a duty of reasonable care to maintain the premises, including the floor in the dairy aisle, in a condition reasonably safe for their intended uses and free from all conditions which would render them dangerous and unsafe for the Plaintiff, or present an unreasonable risk of harm to her.

14. That it was the duty of the Defendant, WALMART, INC, to warn Plaintiff of aforesaid dangerous and unsafe condition.

15. WALMART, INC, by and through its employees, servants, and/or agents breached its duty of care to the Plaintiff by committing one or more of the following negligent acts and/or omissions which proximately caused injury to the Plaintiff as hereinafter alleged more fully:

    a. The Defendant failed to properly maintain and examine the floor in the dairy aisle to make sure it was safe and free from liquid, substances, and/or debris;

    b. The Defendant should have exercised reasonable care in the care of its floors;

    c. The Defendant failed to utilize reasonable care in the design, planning, inspection, mode of operation, and maintenance of said premises, particularly the floor near the dairy aisle;

    d. The Defendant failed to warn the Plaintiff of the dangerous condition;

    e. The aforedescribed dangerous condition was a regular, reoccurring, and ongoing condition; therefore, Defendant knew, or in the exercise of reasonable care, should have known of the dangerous and hazardous condition;

    f. The Defendant failed to implement sufficient preventative measures designed to eliminate or reduce the danger posed by this condition; and

    h. By other acts of negligence to be determined through discovery.

16. As a direct, proximate and foreseeable result of the negligence of the Defendant, the Plaintiff, LOLA BRYANT, suffered bodily injury and resulting pain and suffering, disability, physical impairment, disfigurement, inconvenience, lost earnings and loss of earning capacity in the

future, loss of capacity for the enjoyment of life, mental anguish, expense of hospitalization, medical, chiropractic, and nursing care and treatment, and aggravation of a previously existing condition, disease, or physical defect. LOLA BRYANT'S losses are permanent and continuing in nature and the Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, LOLA BRYANT, demands judgment against the Defendant, WALMART, INC, for damages, costs, and interest and demands **trial by jury** of all issues so triable as a matter of right.

**STEINGER, GREENE & FEINER, P.A.**
2727 NW 62nd Street
Fort Lauderdale, FL 33309
Telephone: (954) 491-7701
lkreizinger@injurylawyers.com
bchiappetta@injurylawyers.com
Attorneys for Plaintiff

**/s/ Loreen Kreizinger, Esquire**
Loreen Kreizinger, Esquire
Florida Bar No.: 855588