UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-22246-CIV-KING/DAMIAN

LOLA BRYANT,

    Plaintiff,

v.

WALMART, INC.

    Defendant.

_____/

**ORDER DIRECTING NON-PARTIES
ADVANCED HEALTH AND WELLNESS AND MIAMI SPINE INSTITUTE
TO SHOW CAUSE AND NOTICE OF SHOW CAUSE HEARING**

THIS CAUSE is before the Court on Defendant, Walmart, Inc.'s ("Defendant"), Motion to Compel Production of Documents by Non-Parties Pursuant to Subpoena, filed June 7, 2023 [ECF No. 10], (the "Motion").[1]

THIS COURT has considered the Motion and the pertinent portions of the record and is otherwise fully advised in the premises. In the Motion, Defendant seeks entry of an order compelling nonparties Advanced Health and Wellness ("Advanced Health") and Miami Spine Institute ("Miami Spine") to respond to outstanding Subpoenas *Duces Tecum* served in this matter and holding Advanced Health and Miami Spine in contempt for failing to produce the requested documents. *Id.*

To date, Miami Spine and Advanced Health have not complied with the Subpoenas, responded to Defendant's various attempts at conferral, sought additional time to comply, or

---

[1] This matter was referred to the undersigned pursuant to an Order of Referral of all discovery matters entered by the Honorable James Lawrence King, United States District Judge. [ECF Nos. 6].

provided an excuse for their failure to obey the Subpoenas and produce any/all responsive documents. *See* Mot. at 2–3.

Accordingly, on June 8, 2023, the Court issued an Order Directing Non-Parties Advanced Health and Wellness and Miami Spine Institute to Respond to Defendant's Motion to Compel. [ECF No. 11]. In the Order, the Court directed Defendant's counsel to provide a copy of the Order and the Motion to Compel to the nonparties by June 12, 2023, and directed the nonparties to respond to the Motion by June 15, 2023. The Court also set a discovery hearing on the Motion and ordered all parties and the nonparties to appear.

On June 9, 2023, Defendant, having provided a copy of the Order and the Motion to the nonparties, filed its Notice of Compliance with Court's Order. [ECF No. 12]. The nonparties did not respond to the Motion to Compel, nor did they appear at the hearing on the Motion. Therefore, the nonparties are in violation of the Court's Order.

Federal Rule of Civil Procedure 45 governs the issuance of subpoenas to nonparties and allows a requesting party to seek to compel a non-compliant subpoena recipient to produce the requested documents. Specifically, Rule 45(d)(2)(B)(i) states, in relevant part: "At any time, on notice to the commanded person, the serving party may move the court . . . for an order compelling production or inspection." Fed. R. Civ. P. 45(d)(2)(B)(i). Rule 45 further provides that "[t]he court . . . may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it." Fed. R. Civ. P. 45(g).

Accordingly, pursuant to Rule 45(d)(2)(B) and Rule 45(g), it is hereby

**ORDERED** that Defendant's Motion to Compel Production of Documents by Non-Parties Pursuant to Subpoena [ECF No. 10] is **GRANTED**. It is further

**ORDERED** that Advanced Health and Miami Spine shall appear on **July 6, 2023, at 3:00 pm** before the undersigned at the C. Clyde Atkins United States Courthouse, 301 North

Miami Avenue, 5th Floor, Miami, Florida 33128, **to show cause** why an order finding them in civil contempt for failure to comply with the Subpoenas in this matter should not be entered against them. It is further

**ORDERED** that by **June 27, 2023**, Defendant's counsel shall mail a copy of this Order through certified mail (or another service providing for tracking and requiring a signature upon receipt) to both nonparties. Defendant shall then file a notice of compliance evidencing service on both nonparties.

**Advanced Health and Miami Spine's failure to comply with this Order may result in the Court finding it in civil contempt and imposing sanctions against them.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20th day of June 2023.

_____
MELISSA DAMIAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
Hon. James Lawrence King, *United States District Judge*
Counsel of Record